**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      ) | |
| ) | |
| **Plaintiff,**      ) | |
| ) | |
| **v.**      ) | |
| ) | **Civil No. 10-548-LM** |
| **Twenty Four Thousand Five Hundred Twenty** ) | |
| **($24,520.00) Dollars in United States Currency,** ) | |
| **more or less, seized from Joseph Shelzi,** ) | |
| ) | |
| **Thirty Eight Thousand Six Hundred Ten** ) | |
| **($38,610.00) Dollars in United States Currency,** ) | |
| **more or less, seized from Joseph Shelzi,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **One Silver 2004 BMW 530I, NH Reg. 3048116** ) | |
| **VIN #WBANA73594B058621, seized from** ) | |
| **Joseph Shelzi, and registered to Christina** ) | |
| **Little,** ) | |
| ) | |
| **Defendants** *in rem*.      ) | |
| _____ ) | |

## FINAL ORDER OF FORFEITURE

1.      This action in-rem was brought on November 23, 2010.

2.      A legal notice of this action in-rem was posted on an official government internet

site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 3, 2010.

Claims based on direct notice were due no later than January 7, 2011, and February 1, 2011, as

to the official government internet site.

3.      On December 3, 2010, the United States served a copy of the Verified Complaint,

along with the Notice of Forfeiture Complaint, Summons and Warrant of Arrest in Rem, Notice

of Assignment to Magistrate Judge, and ECF Notice on Joseph Shelzi and Christina Little.

4.      No claimant has come forward to claim the defendants *in rem*:  (1) Twenty Four Thousand Five Hundred Twenty ($24,520.00) Dollars in United States Currency, more or less, seized from Joseph Shelzi; (2) Thirty Eight Thousand Six Hundred Ten ($38,610.00) Dollars in United States Currency, more or less, seized from Joseph Shelzi; and (3) One Silver 2004 BMW 530I, NH Reg. 3048116, VIN #WBANA73594B058621, seized from Joseph Shelzi, and registered to Christina Little. The deadline for filing all claims has lapsed.

5.      The United States has established in the Verified Complaint for Forfeiture In Rem probable cause to believe that the defendants *in rem* (1) through (3), were furnished or intended to be furnished in exchange for a controlled substance, or constitute proceeds of drug distribution, and are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), and that defendant *in rem* (3) was a conveyance which was used, or intended for use, to transport, and in any manner to facilitate the transportation, sale, receipt, possession, and concealment of controlled substances, and is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

A.  That all right, title and interest to the defendants *in rem*:  (1) Twenty Four Thousand Five Hundred Twenty ($24,520.00) Dollars in United States Currency, more or less, seized from Joseph Shelzi; (2) Thirty Eight Thousand Six Hundred Ten ($38,610.00) Dollars in United States Currency, more or less, seized from Joseph Shelzi,  and (3) One Silver 2004 BMW 530I, NH Reg. 3048116, VIN #WBANA73594B058621, seized from Joseph Shelzi, and registered to Christina Little, are hereby condemned, forfeited and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(4) and (6), free from the claims of any other party.

2

B.  That the defendants *in rem* (1) through (3), shall be disposed of by the United States Marshals Service (USMS) in accordance with the applicable law and regulations, from which amount the USMS shall deduct its costs related to this proceeding.  The proceeds, less any costs to the USMS pertaining to the defendant *in rem* property, shall be forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(4) and (6), free from the claims of any other party, and the proceeds shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, U.S.C. § 881(e).

The Clerk is hereby directed to send three certified copies of this Order to the United States Marshals Service, and a copy to the United States Attorney's Office, Attention: Assistant U.S. Attorney Robert J. Rabuck.

Dated: February 7, 2011                    /s/ Landya B. McCafferty

                                           UNITED STATES MAGISTRATE JUDGE